**DENY; and Opinion Filed June 20, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01532-CV

## IN RE THOMPSON PETROLEUM CORPORATION, AND J. CLEO THOMPSON AND JAMES C. THOMPSON, JR., L.P., Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00644**

## MEMORANDUM OPINION

Before Justices Schenck, Pedersen, III, and Reichek
Opinion by Justice Schenck

Before the Court is relators' first amended petition for writ of mandamus in which they contend the trial court abused its discretion by ordering certain documents to be produced to real parties in interest. To be entitled to mandamus relief, relators must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the amended petition, the real parties' responses, realtors' reply, and the mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' amended petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181532F.P05